IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
File No. 5:19-CV-188-BO

| | | |
|---|---|---|
| IRENE BILLUPS, | ) | |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S MOTION TO |
| | ) | DISMISS |
| v. | ) | |
| | ) | |
| UNITED STATES POSTAL SERVICE,[1] | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, to hereby move this Court for an order dismissing this matter in its entirety for failure to state a claim upon which relief may be granted. See Fed. R. Civ. P. 12(b)(6). A memorandum of law in support is being filed contemporaneously with this motion.

---

[1] Under the Federal Tort Claims Act ("FTCA"), the only proper defendant is the United States of America. See 28 U.S.C. §§ 2671, et seq. See also Iodice v. United States, 289 F.3d 270, n. 1 (4th Cir. 2002) (United States is the only proper party in an FTCA action). Accordingly, the United States Postal Service should be dismissed and the United States of America substituted as the proper party defendant.

Respectfully submitted this 12th day of July, 2019.

                          ROBERT J. HIGDON, JR.
                          United States Attorney

By:   /s/ Rudy E. Renfer
       RUDY E. RENFER
       Assistant United States Attorney
       Civil Division
       150 Fayetteville Street
       Suite 2100
       Raleigh, NC 27601
       Telephone: (9l9) 856-4530
       Facsimile: (919) 856-4821
       Email: rudy.e.renfer@usdoj.gov
       N.C. Bar No. 23513
       Attorney for Defendant

CERTIFICATE OF SERVICE

  I do hereby certify that I have this 12th day of July, 2019, served a copy of the foregoing upon the below listed parties by placing a copy of the same in the U.S. Mail, addressed as follows:

Elaine Beverly Wilson
Law Office of Elaine B. Wilson, P.L.L.C.
1013 Doe Lane
Clayton, NC 27527
919-333-2076
Fax: 703-783-8300
Email: ebwlaw1@earthlink.net

           By: /s/ Rudy E. Renfer
             RUDY E. RENFER
             Assistant United States Attorney
             Civil Division
             150 Fayetteville Street
             Suite 2100
             Raleigh, NC 27601
             Telephone: (9l9) 856-4530
             Facsimile: (919) 856-4821
             Email: rudy.e.renfer@usdoj.gov
             N.C. Bar No. 23513
             Attorney for Defendant